IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR6 |
| | ) | |
| vs. | ) | |
| | ) | |
| PATRICIA JACOBSEN, | ) | ORDER |
| ELYCIA WASHINGTON, and | ) | |
| BRANDY WILLIAMSON, | ) | |
| | | |
| Defendants. | | |

This matter is before the court on the defendant, Brandy Williamson unopposed [98] Motion to Continue Jury Trial and the defendant, Elycia Washington's unopposed [99] Motion to Continue Trial Date. For the reasons set forth in the respective motions, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the motions requesting continuance of the trial date in this matter at filing numbers [98] and [99] are granted, as follows:

1. The jury trial, **for all defendants**, now set for August 16, 2021 is continued to **November 2, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **November 2, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: July 30, 2021.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**