# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR6 |
| vs. | ) | |
| | ) | |
| PATRICIA JACOBSEN, | ) | |
| ELYCIA WASHINGTON, and | ) | ORDER |
| BRANDY WILLIAMSON, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on defendant, Elycia Washington's unopposed Motion to Continue Trial [116]. Counsel has a scheduling conflict and also needs additional time to work out a resolution of this matter. For good cause shown,

**IT IS ORDERED** that the Motions to Continue Trial [116] is granted, as follows:

1. The jury trial, **for all defendants**, now set for November 2, 2021, is continued to **January 3, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date** and **January 3, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny continuity of counsel and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **October 27, 2021.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED:** October 20, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge