IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIA JACOBSEN,<br><br>　　　　　　Defendant. | 8:21CR6<br><br>FINAL ORDER<br>OF FORFEITURE |

　　　　This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 133). The Court has reviewed the record in this case and finds as follows:

　　　　1.　　On December 2, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 126), pursuant to 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1) and based upon defendant Patricia Jacobsen's ("Jacobsen") pleading guilty to Count I of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, Jacobsen forfeited any interest she had in the $17,380 in United States currency seized from Jacobsen on or about October 20, 2020, to the government.

　　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 4, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on February 8, 2022, 2022 (Filing No. 132).

　　　　3.　　The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

　　　　4.　　The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 133) is granted.
2. All right, title and interest in and to the $17,380 in United States currency seized from Patricia Jacobsen on or about October 20, 2020, held by any person or entity are forever barred and foreclosed.
3. The $17,380 in United States currency is forfeited to the government.
4. The government is directed to dispose of the $17,380 in United States currency in accordance with law.

Dated this 2nd day of September 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge